690 A.2d 711

**MADISON CONSTRUCTION, Petitioner,**

**v.**

**The HARLEYSVILLE MUTUAL INSURANCE COMPANY,
Nicholas Ezzi, Brian Murtaugh, Kelran Associates, Inc.,
and Euclid Chemical Company, Respondents.**

Supreme Court of Pennsylvania.

April 2, 1997.

Alan Greensberg, Philadelphia, JoAnne Eskin Sutkin, Marlton, NJ, for Petitioner.

## *ORDER*

PER CURIAM:

AND NOW, this 2nd day of April, 1997, the Petition for Allowance of Appeal is hereby GRANTED, BUT LIMITED to the following:

Whether the lower court properly granted summary judgement in favor of Respondent, Harleysville Mutual Insurance Company "Harleysville", finding it is not required to defend Petitioner in the underlying suit.